ACCEPTED
01-15-00003-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 5:51:44 PM
CHRISTOPHER PRINE
CLERK

NO.  01-15-00003-CV

COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 5:51:44 PM
CHRISTOPHER A. PRINE
Clerk

*IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

Original Proceeding from *William Howard and Charlene Howard v. Allstate Fire and Casualty Insurance Company and Lisa Graves*; Cause no. 14-DCV-215228; in the 434th District Court, Fort Bend County, Texas

**RESPONDENT'S MOTION TO EXTEND TIME FOR RESPONSE**

TO THE HONORABLE COURT OF APPEALS:

Respondents, William Howard and Charlene Howard, file this Motion to Extend their time to file a response brief to the Realtor's Petition for Writ of Mandamus.  Mr. and Mrs. Howard show the Court as follows:

**I.**

1.      The Court has requested that any response to Petitioner's Writ of Mandamus be filed on or before February 5, 2015.  Respondents intend to file a response but respectfully request an additional 30 days to file the response.  The undersigned counsel just finished a week long federal bench trial and he has numerous other depositions scheduled for an upcoming trial.  The undersigned counsel has been assigned to trial on February 17, 2015 in Cause no. 2012-54418; Marvin Stoxstell v. Union Pacific Railroad Company, Vulcan Materials Company and Diamond K Services, Inc., in the 55th District Court, Harris County, Texas.  The

1

additional time to respond will allow the undersigned counsel to adequately address the issues raised in the petition for mandamus.

2. The requested continuance of the response due date is not requested for purposes of delay, harassment or any improper purpose. It is requested so that justice may be done.

3. The undersigned attorney and Realtor's counsel conferred regarding their opposition to this motion, if any. At the time of the filing of this motion, it is unknown whether Realtor is opposed.

WHEREFORE, PREMISES CONSIDERED, Respondents, William and Charlene Howard, respectfully request that the Court GRANT the requested relief and reset the due date for a response to the Petition for Mandamus for a date 30-days beyond the current due date of February 5, 2015, and grant Respondents all further relief, to which they may be justly entitled.

Respectfully submitted,

BY: /s/ *Mario A. Martinez*
Mario A. Martinez
The Law Offices of Mario A. Martinez, PLLC
State Bar No.24013110
23123 Cinco Ranch Blvd., Suite 208
Katy, Texas 77494
281-665-7924
281-665-7929 fax
www.yourtexaslawyer.biz
mario@yourtexaslawyer.biz
COUNSEL FOR RESPONDENTS

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause on this 4th day of FEBRUARY, 2015 pursuant to the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure.


/s/ *Mario A. Martinez*
Mario A. Martinez